Law Offices
**HINSHAW & CULBERTSON LLP**
Suite 1600
3800 North Central Avenue
Phoenix, Arizona 85012-1946
(602) 631-4400
(602) 631-4404 (fax)

Brian Holohan (009124)
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Renee Cecala,<br><br>    Plaintiff,<br><br>vs.<br><br>David B. Newman; et al.,<br><br>    Defendants. | No. CV 04 2612 PHX NVW<br><br>**AFFIDAVIT OF<br>ASHER H. MILLER** |

STATE OF NEW YORK )
                       )ss.
County of Nassau )

    Asher H. Miller declares under oath:

    1.    I am over 18 years of age. I make this affidavit based upon first-hand knowledge.

    2.    I am a named defendant in the above-captioned case.

    3.    I was never aware of any of the wrongdoing alleged by Plaintiff in her complaint involving Defendant David B. Newman. Prior to February 15, 2000 I had no knowledge of any alleged sexual relationship between David B. Newman and Renee Cecala.

    4.    I never had any reason to suspect that Mr. Newman engaged in any of the wrongdoing Plaintiff alleges occurred.

```
```

5. While at the Cooperman, Levitt law firm, my principal activities did not involve litigation. I did not have any involvement in and did not exercise, "supervisory authority" as that term is used in Disciplinary Rule 1200.5(B) over Mr. Newman's handling of Plaintiff Cecala's case.

_____
Asher H. Miller

SUBSCRIBED AND SWORN TO before me, the undersigned notary public this 15th day of August, 2005, by Asher H. Miller.

_____
Notary Public

My Commission Expires:

YOSEF E. KRAUS
Notary Public, State of New York
No. 02KR6112981
Qualified in Nassau County
Commission Expires 07/19/20 08